USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/21/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
BANK OF BARODA, NEW YORK :
BRANCH, :
 :
 :
 :
                             Plaintiff, :           1:22-cv-2257-GHW
 :
                -against- :             ORDER
 :
HARSH IMPORTS, INC. & HARSSH :
MADHOK, :
 :
                         Defendants. :
 :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

    This action was removed from the Supreme Court of the State of New York, County of New York, on March 18, 2022. Dkt. No. 2. Pursuant to Fed. R. Civ. P. 81(c)(3), if any party wishes to demand a jury trial in this matter, the demand must be served and filed no later than April 1, 2022. Additionally, counsel for Plaintiff is directed to promptly file a notice of appearance in this case. Counsel for Defendant is directed to serve a copy of this order on Plaintiff, and to retain proof of service.

    SO ORDERED.

Dated: March 21, 2022

                                                                              _____
                                                                               GREGORY H. WOODS
                                                                        United States District Judge