```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/28/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                :
BANK OF BARODA, NEW YORK        :
BRANCH,                                 :
                :
                      Plaintiff,    :            1:22-cv-2257-GHW
                :
                -against-            :                ORDER
                :
HARSH IMPORTS, INC. & HARSSH    :
MADHOK,                            :
                :
                     Defendants.   :
                :
------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

The parties proposed stipulation, Dkt. No. 11, is denied without prejudice. Counsel are directed to review and comply with the Court's Individual Rules of Practice in Civil Cases. The parties are specifically directed to comply with Rule 1(F) of the Court's Individual Rules.

The Court will hold a teleconference regarding next steps in this matter April 5, 2022 at 4:30 p.m. The parties are directed to the Court's Emergency Rules in Light of COVID-19, which are available on the Court's website, for the dial-in number and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Emergency Rules.

SO ORDERED.

Dated: March 28, 2022

                                                              GREGORY H. WOODS
                                                      United States District Judge