USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/5/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                              :

BANK OF BARODA, NEW YORK         :
BRANCH,                                 :

                                           :

                    Plaintiff,    :                 1:22-cv-2257-GHW

                                         :

               -against-          :                 <u>ORDER</u>

                                         :

HARSH IMPORTS, INC. & HARSSH   :
MADHOK,                             :

                                         :

                 Defendants.   :

                                         :

------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

      For the reasons stated on the record at the conference held on April 5, 2022, the deadline

for Plaintiff to file and serve its motion for summary judgment is May 6, 2022.  Defendants'

opposition is due within twenty-one days after service of Plaintiff's motion; Plaintiff's reply, if any, is

due within fourteen days after service of Defendants' opposition.  The initial pretrial conference

scheduled for May 20, 2022 is adjourned *sine die*.

      SO ORDERED.

Dated:  April 5, 2022

                                     _____
                                      GREGORY H. WOODS
                                   United States District Judge