```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
                                                                  :
BANK OF BARODA, NEW YORK BRANCH,                                  :
                                                                  :
                                              Plaintiff,          :      1:22-cv-2257-GHW
                                                                  :
                     -v -                                         :      ORDER
                                                                  :
HARSH IMPORTS, INC., et al.,                                      :
                                                                  :
                                              Defendants.         :
                                                                  :
----------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/13/2022

GREGORY H. WOODS, United States District Judge:

The Court has authorized the following briefing for Plaintiff's motion for summary judgment, Dkt. No. 26: Plaintiff's memorandum of law in support of the motion, Dkt. No. 27, Defendants' opposition to the motion, Dkt. No. 33, Plaintiff's reply in support, Dkt. No. 36, Defendants' sur-reply, Dkt. No. 41, Plaintiff's first sur-reply, Dkt. No. 48, and Plaintiff's second sur-reply, Dkt. No. 56-1. The Court will not consider any further briefing on this issue, including supplemental letters that may have been or that may be filed without prior leave of court.

SO ORDERED.

Dated: December 13, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge