UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
:
BANK OF BARODA, NEW YORK BRANCH,  :
:
                      Plaintiff,  :
:
            -v -  :
:
HARSH IMPORTS, INC., *et al.*,  :
:
                   Defendants.  :
:
----------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/22/2023

1:22-cv-2257-GHW

1:22-cv-10510-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

      On March 22, 2023, this Court entered an order granting Plaintiff's motion for summary judgment in case number 1:22-cv-2257. Dkt. No. 62. The Court hereby schedules a conference for **March 28, 2023 at 2:00 p.m.** The conference will be conducted by telephone. The parties are directed to the Court's Individual Rules of Practice in Civil Cases, which are available on the Court's website. Rule 2 of the Court's Individual Rules contains the dial-in number for the conference and other relevant instructions. The parties are specifically directed to comply with Rule 2(B) of the Court's Individual Rules. At the conference, the Court expects to discuss how to proceed in both the 1:22-cv-2257 case and the related 1:22-cv-10510 case.

      Additionally, this Court had previously ordered a stay case number 1:22-cv-10510; a stay was then placed on the docket of both that case and case number 1:22-cv-2257 by the Clerk of Court. The Clerk of Court is respectfully directed to remove the notation of the stay on the docket of case numbers 1:22-cv-2257 and 1:22-cv-10510.

      SO ORDERED.

Dated: March 22, 2023
       New York, New York

                                                   GREGORY H. WOODS
                                           United States District Judge