```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/13/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
:
BANK OF BARODA, NEW YORK BRANCH,      :
:
Plaintiff,      :          1:22-cv-2257-GHW
:
-v -                  :          ORDER
:
HARSH IMPORTS, INC.,                  :
:
Defendant.      :
:
---------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

The Court will hold a conference by telephone on September 15, 2023 at 4:00 p.m. to discuss Defendant's counsel's motion for leave to withdraw as counsel of record for Defendant, Dkt. No. 73. A representative from Harsh Imports, Inc. is directed to participate in this conference.

The conference will be conducted by telephone. The parties are directed to the Court's Individual Rules of Practice in Civil Cases, which are available on the Court's website. Rule 2 of the Court's Individual Rules contains the dial-in number for the conference and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Individual Rules.

SO ORDERED.

Dated: September 13, 2023
       New York, New York

_____
GREGORY H. WOODS
United States District Judge