USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/15/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
                                                       :
BANK OF BARODA, NY BRANCH,            :
                                                       :
                                       Plaintiff,    :            1:22-cv-2257-GHW
                                                       :
                               -v –                       :                   <u>ORDER</u>
                                                       :
HARSH IMPORTS, INC., *et al.*,             :
                                                       :
                                   Defendants.   :
                                                       :
----------------------------------------------------------------- X
GREGORY H. WOODS, United States District Judge:

       On September 15, 2023, the Court held a teleconference to discuss Schlam Stone & Dolan LLP's motion to withdraw as counsel of record for Defendants. Dkt. No. 73. For the reasons stated on the record during that conference, Schlam Stone & Dolan LLP's motion is granted. As stated on the record during the September 15, 2023 conference, this case is stayed until October 6, 2023 to allow the Harsh Imports, Inc. to search for and retain replacement counsel. In the event that Harsh Imports, Inc. retains new counsel prior to October 6, 2023, the stay will be lifted upon the filing of a notice of appearance by that counsel.

       If counsel for Harsh Imports, Inc. has not entered a notice of appearance by October 6, 2023, the Court expects to find that Harsh Imports, Inc. is in default.

       The Clerk of Court is directed to:

- Remove attorneys Joshua Wurtzel and Michael Albert Brodlieb from the list of active counsel in this case;

- Stay this case until October 6, 2023; and

- Update Defendant Harrsh Madhok's address on the docket and mail a copy of this order to

    Harrsh Madhok at:

    > Harrsh Madhok
    > 396 Durham Ave.
    > Edison, NJ 08817
    > Tel: 732-983-7061

SO ORDERED.

Dated: September 15, 2023
New York, New York

                                            GREGORY H. WOODS
                                           United States District Judge