```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/18/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
:
BANK OF BARODA, NEW YORK BRANCH     :
:
                             Plaintiff,    :         1:22-cv-2257-GHW
:
         -v –    :         <u>ORDER</u>
:
HARSH IMPORTS, *et al.*,    :
:
                            Defendants.   :
:
------------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

On April 12, 2023, Plaintiff moved for attorneys' fees in this action. Dkt. No. 67. As an exhibit to its motion, Plaintiff submitted a spreadsheet displaying the fees it has incurred. Dkt. No. 67-5. A line at the bottom of the spreadsheet reads, "TOTAL FOR CREDIT AGREEMENT CASE." *Id.* at 8. It appears to sum all the entries in the spreadsheet and displays a total of $105,515.00.[1] *Id.* On May 8, 2023, Defendants filed their opposition to the motion. Dkt. No. 70. In their opposition, Defendants argue that Plaintiff's attorneys' fees calculation improperly includes fees incurred in the related action *Harsh Imports, Inc. v. Bank of Baroda, New York Branch*, 22-cv-10510 (the "Related Action"). *Id.* at 5. On May 15, 2023, Plaintiff filed its reply. Dkt. No. 72.

Plaintiff asserts in its reply that "no amount was charged for the [Related Action]. This was explicitly stated in our initial memorandum of law." *Id.* at 7. But the Court notes that some of the entries in the spreadsheet submitted by Plaintiff reference the Related Action. *See, e.g.*, Dkt. No. 67-5 at 7 (February 14, 2023 entry with narrative, "Wrote First Draft of letter to Judge about new Harsh case"). Plaintiff provides no details about which, if any, entries it excluded from its calculation of

---

[1] Plaintiff does not expressly request a certain amount of attorneys' fees in its motion. The Court assumes, as Defendants assume in their opposition, that Plaintiff is requesting the $105,515.00 in fees displayed in the spreadsheet it submitted, in addition to $1,183.31 in costs.

attorneys' fees or the effect of any exclusions on the $105,515.00 total displayed. Plaintiff is ordered to identify which, if any, items in its spreadsheet it excluded from the "TOTAL FOR CREDIT AGREEMENT CASE" and the effect of any exclusions on this total no later than October 23, 2023.

    SO ORDERED.

Dated: October 18, 2023
       New York, New York

_____
GREGORY H. WOODS
United States District Judge

2