USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/24/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                           :

BANK OF BARODA, NEW YORK BRANCH,  :

                                Plaintiff,  :            1:22-cv-2257-GHW

                                -v –  :             ORDER

HARSH IMPORTS, INC, *et al.*,  :

                              Defendants.  :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      On October 18, 2023, the Court entered an order directing Plaintiff to identify items in a spreadsheet, submitted as Dkt. No. 67-5, that were excluded from the total amount Plaintiff is requesting in attorneys' fees. Dkt. No. 81. Plaintiff submitted a response on October 24, 2023. Dkt. No. 81. In its response, Plaintiff asserted that the formulas in the "Excel Spreadsheet" submitted to the Court show that all entries after December 12, 2022, the day before Defendants commenced *Harsh Imports v. Bank of Baroda*, 22-cv-10510 (the "Related Action"), were excluded from the total amount requested. *Id.*

      The Court appreciates Plaintiff's response. First, because Dkt. No 67-5 is in PDF, and not Excel, format, Plaintiff is directed to submit the native Excel file to the Court by October 27, 2023. Plaintiff is directed to contact Judge Woods' Courtroom Deputy, Wileen Joseph, for instructions on how to download an electronic copy of the spreadsheet for the Court's use. Ms. Joseph's contact information can be found on the Court's website. Second, counsel for Plaintiff is directed to submit an affidavit by October 27, 2023 describing what, if any, fees were incurred in the Related Action before December 13, 2023. If Plaintiff incurred any fees in the Related Action before December 13, 2023,

the affidavit should identify the corresponding entries in the spreadsheet at Dkt. No. 67-5.

    SO ORDERED.

Dated: October 24, 2023
      New York, New York

_____
GREGORY H. WOODS
United States District Judge